

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00816-CV

**IN THE INTEREST OF A.M.R., K.N.R. AND D.M.R., CHILDREN,**
Appellants

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19-254B
Honorable Rex Emerson, Judge Presiding

# O R D E R

A filing fee of $205.00 was due when Aaron Michael Rogers filed his notice of appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). The clerk of the court notified appellant of this deficiency in a letter dated November 19, 2019. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We **order** Aaron Michael Rogers must, by **December 23, 2019** either (1) pay the filing fee or (2) provide written proof to this court that he is entitled to appeal without paying appellate filing fees. *See* TEX. R. APP. P. 20.1. If appellant fail to respond satisfactorily within the time ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 42.3.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court